NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5014

### SPARTON CORPORATION,

Plaintiff-Appellant,

v.

### UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 92-CV-580, Judge Edward J. Damich.

## ON MOTION

## O R D E R

Upon consideration of Sparton Corporation's motion for an extension of time, until March 25, 2010, to file its opening brief,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    The revised official caption is reflected above.

FOR THE COURT

FEB 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Steven Kreiss, Esq.
Gary L. Hausken, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2010

JAN HORBALY
CLERK